USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/31/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BLUE MEDIA LTD.,

                Plaintiff,

-v.-

NORDICADMEDIA, INC. and NAM OFFERS, LLC,

                Defendants.

23 Civ. 6688 (JHR)

DEFAULT JUDGMENT

---

JENNIFER H. REARDEN, District Judge:

On July 31, 2023, Plaintiff Blue Media Ltd. filed the instant action for breach of contract and unjust enrichment. ECF No. 1. Defendants NordicADMedia, Inc. and Nam Offers, LLC were served with process on August 21, 2023 and September 14, 2023, respectively. ECF Nos. 9, 13. Defendants' answers were therefore due on September 11, 2023 and October 5, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i) ("A defendant must serve an answer . . . within 21 days after being served with the summons and complaint."). Defendants failed to answer or otherwise appear.

Upon Plaintiff's applications, ECF Nos. 14, 19, the Clerk of Court issued certificates of default, ECF Nos. 16, 21. On March 28, 2024, Plaintiff moved for a default judgment pursuant to Federal Rule of Civil Procedure 55. ECF No. 23. Defendants did not oppose the motion.

On March 21, 2025, the Court issued an order directing Defendants to show cause, by March 31, 2025 at 11:00 a.m., as to why a default judgment was not warranted. ECF No. 35. Plaintiff served the Court's Order on Defendant Nam Offers, LLC on March 24, 2025 and Defendant NordicADMedia, Inc. on March 25, 2025. ECF Nos. 36, 37. Defendants have not responded to the Order or otherwise appeared.

The Court has reviewed Plaintiff's motion for a default judgment and supporting submissions. Because proof of service has been filed; Defendants failed to answer the

Complaint; the time for doing so has expired; and Defendants have failed to appear to contest the entry of a default judgment, the Court enters a default judgment for Plaintiff against Defendants on all claims, with compensatory relief to be determined at an inquest, plus costs, interest, and attorneys' fees to be determined based on a subsequent submission.

By separate Order, the Court will refer this case to Magistrate Judge Sarah Netburn for an inquest into damages. By **April 2, 2025**, Plaintiff shall serve this Order upon Defendants and file an affidavit reflecting such service.

The Clerk of Court is directed to terminate ECF No. 23.

SO ORDERED.

Dated: March 31, 2025
     New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge