```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BLUE MEDIA LTD,

                         Plaintiff,

          -against-

NORDICADMEDIA, INC., et al.,

                        Defendants.

------------------------------------------------------------X

23-CV-06688 (JHR)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       On March 31, 2025, the Honorable Jennifer H. Rearden referred this case to my docket to conduct an inquest and to report and recommend concerning Plaintiff's damages. Plaintiff has requested that the Court issue a judgment based on the argument and evidence Plaintiff submitted with its motion for default judgment. ECF No. 40. Plaintiff does not seek an evidentiary hearing. Id. Because the Court may conduct this inquest based solely upon the written submissions of the parties, Plaintiff's request is GRANTED. See Action S.A. v. Marc Rich & Co., 951 F.2d 504, 508 (2d Cir. 1991); Fustok v. ContiCommodity Servs. Inc., 873 F.2d 38, 40 (2d Cir. 1989).

     Plaintiff has served a copy of the motion for default judgment and accompanying papers on Defendants. ECF Nos. 30-31. By April 9, 2025, Plaintiff is ORDERED to serve a copy of this Order on Defendants. Defendants shall file a response, if any, no later than 30 days after service of this Order.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 2, 2025
              New York, New York